FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 13  P 4: 40

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS MAJOR, et al.                         *
                                             *
            Plaintiffs,                      *
                                             *
v.                                           *        Civil Action No.: L-02-CV-1334
                                             *
MOUNTAIRE FARMS, INC., et al.                *
                                             *
            Defendants.                      *
                                             /
_____

**STIPULATION FOR EXTENSION OF TIME**

Plaintiffs and Defendants, by their respective attorneys, hereby stipulate that the time

by which Defendants must answer or otherwise move with respect to the Plaintiffs' complaint

is extended through and including June 4, 2002.

Respectfully submitted,


C. Christopher Brown                          Arthur M. Brewer
Bar No. 01043                                 Bar No. 01682
BROWN, GOLDSTEIN & LEVY, LLP                  Shawe & Rosenthal, LLP
120 E. Baltimore St., Suite 1700             20 S. Charles Street
Baltimore, Maryland 21202                     Baltimore, MD 21201

(410) 962-1030                                (410) 752-1040

SHAWE
&
ROSENTHAL, LLP
BALTIMORE, MD

Attorney for Plaintiffs                       Attorney for Defendants


MOTION " (GRANTED this 15TH day
of MAY                 2002.


BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Stipulation for Extension of Time

was served this 13th day of May, 2002, by United States mail, postage prepaid, upon:

> C. Christopher Brown
> Bar No. 01043
> BROWN, GOLDSTEIN & LEVY, LLP
> 120 E. Baltimore St., Suite 1700
>
> Baltimore, Maryland 21202

Eric Hemmendinger

#6695

SHAWE
&
ROSENTHAL, LLP
BALTIMORE, MD.

2