FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 10 A 11:18

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

THOMAS MAJOR, et al.    *
                        *
    Plaintiffs,         *
                        *
v.                      *    Civil Action No.: L-02-CV-1334
                        *
MOUNTAIRE FARMS, INC., et al.   *
                        *
    Defendants.         *
_____/

### STIPULATION FOR EXTENSION OF TIME

Plaintiffs and Defendants, by their respective attorneys, hereby stipulate that the time by which Defendants must answer or otherwise move with respect to the Plaintiffs' complaint is extended through and including July 2, 2002.

Respectfully submitted,

_____          _____
C. Christopher Brown                Arthur M. Brewer
Bar No. 01043                       Bar No. 01682
BROWN, GOLDSTEIN & LEVY, LLP        Shawe & Rosenthal, LLP
120 E. Baltimore St., Suite 1700    20 S. Charles Street
Baltimore, Maryland 21202           Baltimore, MD 21201
(410) 962-1030                      (410) 752-1040

Attorney for Plaintiffs             Attorney for Defendants

SHAWE
&
ROSENTHAL, LLP
BALTIMORE, MD

Granted  9TH
MOTION _____ this ____ day
of June       2002.

_____
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Stipulation for Extension of Time was served this 3rd day of June, 2002, by United States mail, postage prepaid, upon:

> C. Christopher Brown
> BROWN, GOLDSTEIN & LEVY, LLP
> 120 E. Baltimore St., Suite 1700
> Baltimore, Maryland 21202

_____
Arthur M. Brewer

#6695