FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN -9 ⌐ 3: 32

CLERK'S OFFICE
AT BALTIMORE

——— January 08, 2003

**Brown
Goldstein
Levy** LLP

120 E. Baltimore St.
Suite 1700
Baltimore, Maryland
21202-6701
Tel: 410 962-1030
Fax: 410 385-0869
www.browngold.com

C. Christopher Brown
ccb@browngold.com

Honorable Benson Legg
Chief Judge
United States District Court
    for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

Re:     Major, et al.  v. Mountaire Farms, Inc.
        Case No.: L-02-CV-1334

Dear Judge Legg:

Counsel for the parties to this case have been engaged in a good faith effort to settle the matter.  Part of this process involves the gathering of many time and pay records and their painstaking analysis.  We just have realized that we have fallen behind the Scheduling Order you issued in October 2002.

We request that we be permitted to continue pursuing a settlement, be relieved for now from the schedule, and report back to you in 45 days, by which time this matter can hopefully be fully resolved.

*Please submit a status Report by February 21, 2003.*
*Benson Legg*
*USDJ*

*Approved 9th*
MOTION "_____" this ____ day
of January 2003.
*B Legg*
BENSON EVERETT LEGG, U.S.D.J.

Sincerely,

C.  Christopher Brown
Counsel for Plaintiffs

Arthur Brewer / CCB
Arthur Brewer, Esquire
Counsel for Defendants

CCB/es