**Brown Goldstein Levy** LLP

C. Christopher Brown
ccb@browngold.com

120 E. Baltimore St.
Suite 1700
Baltimore, Maryland
21202-6701
Tel: 410 962-1030
Fax: 410 385-0869
www.browngold.com

RECEIVED IN THE CHAMBERS OF
BENSON EVERETT LEGG
UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
APR 1 8 2003
UNITED STATES DISTRICT JUDGE

FILED
2003 APR 22  A 11: 57
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

April 17, 2003

Honorable Benson Legg
Chief Judge
United States District Court
  for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

Re:   Major, et al. v. Mountaire Farms, Inc.
      Case No.: L-02-CV-1334

Dear Judge Legg:

You have entered in this case a Local Rule 111 order giving the parties until about April 25, 2003 to effect a final settlement of this case. We have hit a few bumps in the road that have prevented the parties from finalizing matters. Please extend our period in which to reopen this action to April 30, 2003. I speak in this request for defense counsel, as well as plaintiffs.

Sincerely,

C. Christopher Brown

CCB/es
cc: Arthur Brewer, Esquire


APPROVED THIS 21st DAY OF April, 2003

/S/
BENSON EVERETT LEGG, U.S.D.J.