IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| THOMAS MAJOR, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: L-02-CV-1334 |
| MOUNTAIRE FARMS, INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO EXTEND THE RULE 111
DEADLINE TO MAY 7, 2003**

The parties to this case hereby move the Court to extend the Rule 111 deadline to May 7, 2003. The parties' clients are still completing the paperwork for settlement.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| C. Christopher Brown (01043) | Arthur M. Brewer, Esq. (01682) |
| BROWN, GOLDSTEIN & LEVY, LLP | SHAWE & ROSENTHAL |
| 120 East Baltimore Street | Sun Life Building |
| Suite 1700 | 20 S. Charles Street |
| Baltimore, MD 21202 | Baltimore, MD 21201 |
| (410) 962-1030 | (410) 752-1040 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| THOMAS MAJOR, *et al.*, | * |
|     Plaintiffs, | * |
| v. | *   Civil Action No.: L-02-CV-1334 |
| MOUNTAIRE FARMS, INC., *et al.*, | * |
|     Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon the request of all parties to extend the Rule 111 period of final dismissal to May 7, 2003, it is this _____ day of April 2003

ORDERED that the Rule 111 period be and hereby is extended to May 7, 2003.

_____
Hon. Benson Legg
United States District Judge