IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| THOMAS MAJOR, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: L-02-CV-1334 |
| MOUNTAIRE FARMS, INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties to this case this  1st  day of May 2003 hereby agree to dismiss without prejudice the claims of the following persons who have entered consents to sue in this case.

| | |
|---|---|
| Alvin Bailey | Paul Handy |
| Charles L. Bailey | Aaron L. Hudson, Jr. |
| George H. Bibbins | Donald A. Ipock, Jr. |
| Rodney Briddell | Herbert Jamison |
| Warner Custis, Sr. | Roland L. Mumford |
| Carl William Davis | William Pettyjohn |
| Robert L. Dorsey | Jaimey Showell |
| Timothy W. Finney | Alviro D. Smith |
| Enos Hall | Jorge Vasquez |
| Edward Handy | Smitty Williams |

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| C. Christopher Brown (01043) | Arthur M. Brewer, Esq. (01682) |
| BROWN, GOLDSTEIN & LEVY, LLP | SHAWE & ROSENTHAL |
| 120 East Baltimore Street | Sun Life Building |
| Suite 1700 | 20 S. Charles Street |
| Baltimore, MD 21202 | Baltimore, MD 21201 |
| (410) 962-1030 | (410) 752-1040 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |