# ATTACHMENT 1

| | |
|---|---|
| Abney, Steven | Manuel, Norman |
| Ayers, Leonard | Marshall, Bruce |
| Bailey, Vincent | Marshall, David |
| Belfield, Arthur | Matthews, Freddie |
| Belfield, Charles | McCray, Charles |
| Bratton, Patrick | McCray, Michael |
| Brown, Walter | McCray, Philip |
| Bullock, Willie | McCray, Russell |
| Chandler, Sam | Miller, Daniel |
| Collick, David | Mitchell, Sylvester |
| Daniels, Isaiah | Morris, Robert |
| Drummond, Calvin | Mumford, Anthony |
| Drummond, James | Nock, Dimitrie |
| Fooks, Charles | Nocks, Valentino |
| Fooks, Nathan | Parker, Richard |
| Foreman, Richard | Purnell, Warren |
| Foreman, Wardell | Satchel, Richard |
| Fosque, Arthur | Smith, Blair |
| Garrison, Donald | Smith, Jasper, Jr. |
| Giddens, Anthony | Strand, Herbert |
| Gibbs, Donald | Sturgis, Ricky |
| Gibbs, James | Taylor, LeRoy |
| Harris, Emory | Taylor, Marshall |
| Harvey, William | Taylor, Maurice |
| Heath, Clarence | Thompson, DeRoy |
| Hitchens, Ron | Tindley, Mason |
| Holden, Henry | Tingle, Ron |
| Jarmon, Robert | Walker, Calvin |
| Jarman, William | Washington, Leon |
| Jernigan, Herman | West, Russell |
| Johnson, Jared | Wharton, Thomas |
| Leonard, Roy | White, Nathaniel |
| Lewis, Brantley | Williams, Greg |
| Lewis, Nevada | Wise, Robert |
| Major, Peter | Young, William |
| Major, Thomas | |

#81281