IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| THOMAS MAJOR, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: L-02-CV-1334 |
| MOUNTAIRE FARMS, INC., *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **STIPULATION**

The parties to this case hereby stipulate that Anthony Giddins, Leroy Taylor and Thomas Wharton are to be deemed to have filed in this case consents to be party plaintiffs. They are thereby included within the settlement in this case.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| C. Christopher Brown (01043) | Arthur M. Brewer, Esq. (01682) |
| BROWN, GOLDSTEIN & LEVY, LLP | SHAWE & ROSENTHAL |
| 120 East Baltimore Street | Sun Life Building |
| Suite 1700 | 20 S. Charles Street |
| Baltimore, MD 21202 | Baltimore, MD 21201 |
| (410) 962-1030 | (410) 752-1040 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |