C. Christopher Brown
ccb@browngold.com

May 22, 2003

**BY ELECTRONIC MAIL**
Clerk
United States District Court
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re:    *Thomas Major, et al. v. Mountaire Farms, et al.*
             Case No.: L-02-CV-1334

Dear Clerk:

Enclosed for filing in the above referenced case please find an original Stipulation.

Thank you for your attention to these matters.

                        Sincerely,

                        /S/

                        C. Christopher Brown

CCB/snb

Enclosure