C. Christopher Brown
ccb@browngold.com

May 22, 2003

**BY ELECTRONIC MAIL**
Honorable Benson Legg
Chief Judge
United States District Court
   for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

                              Re:    Major, et al. v. Mountaire Farms, Inc.
                                      Case No.: L-02-CV-1334

Dear Judge Legg:

      Enclosed please find a courtesy copy of a Stipulation in the above referenced case.

      Thank you for your attention to these matters.

                                                    Sincerely,

                                                    /s/

                                                C. Christopher Brown

CCB/snb