UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

May 28, 2003

MEMORANDUM TO COUNSEL RE:    <u>Thomas Major, et al. v. Mountaire Farms, Inc., et al.</u>
Civil #L-02-1334

Dear Counsel:

    Thank you for your settlement agreement, which was filed on May 7, 2003. In the agreement, the parties ask the Court to seal the case file pursuant to Local Rule 105.11. There is a strong presumption that all lawsuits and court orders are public records. Having reviewed the settlement agreement, the Court can find nothing demonstrating that either this case or this settlement agreement is of a sensitive nature requiring sealing.

    Accordingly, the court file will not be sealed. The parties have the following options regarding the settlement agreement:

(i)    the parties may treat the settlement agreement as a contract, in which case the Court would not sign the settlement agreement and the settlement would not be made part of the public record. As with any other contract, the parties could sue to enforce the settlement agreement; or

(ii)    the parties may ask the Court to sign the settlement agreement, thereby memorializing it as a Court order. As a Court order, however, the settlement agreement would be subject to public scrutiny.

    The parties shall jointly submit a letter to the Court if they wish the Court to sign and approve the settlement agreement.

      Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

c:    Court file