**Brown Goldstein Levy** LLP

120 E. Baltimore St.
Suite 1700
Baltimore, Maryland
21202-6701
Tel: 410-962-1030
Fax: 410-385-0869
www.browngold.co

C. Christopher Brown
ccb@browngold.com

June 2, 2003

**BY ELECTRONIC MAIL**
Honorable Benson Legg
Chief Judge
United States District Court
   for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

                Re:    Major, et al. v. Mountaire Farms, Inc.
                        Case No.: L-02-CV-1334

Dear Judge Legg:

     In reply to your letter to counsel of May 28, 2003, the parties have agreed to treat the settlement agreement as a contract, not requiring your signature.

                                  Sincerely,

                                    /s/
                              C. Christopher Brown


                                    /s/
                              Arthur Brewer

CCB/es